IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESTER BUCHAN and JANICE BUCHAN,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COLLECTCORP CORPORATION, a Delaware corporation,<br><br>　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:08-CV-3110-TCB-ECS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 30th day of October, 2008.

　　　　　　　　　　　　　　　THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

　　　　　　　　　　　by:　　S/James M. Feagle
　　　　　　　　　　　　　　　James M. Feagle
　　　　　　　　　　　　　　　Attorney for plaintiff
　　　　　　　　　　　　　　　Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855